# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AARON HALL,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>LINDA SANDERS,<br><br>　　　　　Respondent. | No. CV 11-6357-CJC (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's final report and recommendation filed herein and petitioner's objections. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The final report and recommendation is adopted.

2. Judgment shall be entered consistent with this order.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: June 29, 2012

　　　　　　　　　　　　　　　　　　　HONORABLE CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE