JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AARON HALL, | No. CV 11-6357-CJC (PLA) |
|     Petitioner, | **JUDGMENT** |
| v. | |
| LINDA SANDERS, | |
|     Respondent. | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the first amended petition in this matter is denied and dismissed with prejudice.

DATED: June 29, 2012

                                        HONORABLE CORMAC J. CARNEY
                                      UNITED STATES DISTRICT JUDGE